COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Rich Robins v. Austen Perry Clinkenbeard and Jonathon G.
                         Clinkenbeard aka Jon Clinkenbeard

Appellate case number:   01-19-00059-CV

Trial court case number: 1107951

Trial court:             County Civil Court at Law No. 3 of Harris County

Appellant, Rich Robins, has filed a motion to extend time to file a motion for rehearing and en banc reconsideration. Appellant's motion is timely and complies with Rule 10.5(b). TEX. R. APP. P. 10.5(b), 49.1, 49.7, 49.8. Accordingly, we **grant** appellant's motion. Appellant's motion for rehearing, if any, is due no later than **March 3, 2020**.

Appellant has also filed a motion to have the timely e-filing date honored regarding his pending motion to extend time to file a motion for rehearing and for en banc reconsideration. Appellant's motion states that he filed his motion to extend time on January 31, 2020, but it was file-stamped by the Clerk of this Court on February 3, 2020, due to an unknown filing error. "A motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered." TEX. R. APP. P. 49.1. "A court of appeals may extend the time for filing a motion for rehearing or en banc reconsideration if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last date for filing the motion." TEX. R. APP. P. 49.8.

This Court issued its opinion and judgment on January 16, 2020. Appellant's motion for reconsideration was due by January 31, 2020. However, a motion to extend time to file a motion for reconsideration is not due until February 17, 2020. *See* TEX. R. APP. P. 4.1(a) (extending Saturday deadline to following Monday). Appellant's motion for en banc reconsideration is not due until 15 days after the court of appeals denies appellant's last timely filed motion for rehearing or en banc reconsideration, and a motion to extend time to file appellant's motion for en banc reconsideration is not due until 15 days later. TEX. R. APP. P. 49.7, 49.8. Thus, appellant's motion to extend time was timely, even if it was file-

stamped on February 3, 2020. Accordingly, we **deny** as moot appellant's motion to honor the timely e-filing date.

It is so ORDERED.


Judge's signature:   __/s/  Evelyn V. Keyes_____
                     ☑  Acting individually    ☐  Acting for the Court


Date:  __February 6, 2020__